# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | Case No.: 04-CR-2597-W |
| Plaintiff, | |
| v. | **ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| TIMOTHY EUGENE EVANS, | |
| Defendant. | |

The United States of America's Motion to Dismiss the Information (ECF No. 8) without prejudice, is **GRANTED**. The Court dismisses the information against Timothy Eugene Evans without prejudice.

DATED: 9/7/21

Hon. Thomas J. Whelan
United States Magistrate Judge

-1-